130 A.3d 1282

Ernest ADKINS, Petitioner

v.

COMMONWEALTH of Pennsylvania, Ms. Dugan, Esq., Mr. Hetznecker, Esq., Mr. Gleeson, Esq. (Law Partners), Respondents.

No. 157 EM 2015.

Supreme Court of Pennsylvania.

Jan. 27, 2016.

## ORDER

PER CURIAM.

AND NOW, this 27th day of January, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.

Justice EAKIN did not participate in the consideration or decision of this matter.